(April 23, 1976)

■ MELVYN KAUFMAN et al., Respondents, v JOHN T. O'HAGAN, as Commissioner of the Fire Department of the City of New York, et al., Appellants.—Order, Supreme Court, New York County, entered February 25, 1976, unanimously affirmed, without costs and without disbursements. The complaint adequately sets forth issues requiring trial, which should proceed promptly on the date now set, April 28, 1976. If plaintiffs-respondents are not ready to proceed at that time, application may be made at Trial Term to dissolve the outstanding injunction. On balance of the. equities, it appears that serious possibilities of hardship justify maintaining the *status quo,* provided that trial be not unduly delayed. Concur—Stevens, P. J., Markewich, Murphy, Silverman and Nunez, JJ.

(April 26, 1976)

■ NORTH AMERICAN CORPORATION, Appellant, v AMPEX CORPORATION, Respondent.—Order, Supreme Court, New York County, entered on August 6, 1975, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Defendant-respondent's motion for renewal or reargument of so much of Motion M-691 as seeks to add to the record a certain affidavit and the exhibits annexed thereto is denied with $20 costs. Concur—Kupferman, J. P., Murphy, Lupiano, Lane and Nunez, JJ.

■ In the Matter of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of REGIS H. POST, Deceased, Respondent. FERN A. POST, Respondent-Appellant, and JULESTER L. BALCH et al., Respondents.—Decree, Surrogate's Court, New York County, entered on January 14, 1975, unanimously affirmed on opinion of Di Falco, S., without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Lane and Nunez, JJ.